# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Allen Marshell McCall, Jr.,

    Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                         3:12-cv-00501-FDW

USA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 10/11/2012 Order.

                                        Signed: October 12, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court